UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| RIGHTHAVEN LLC, a Nevada limited liability company, <br><br> Plaintiff, <br><br> vs. <br><br> ERIC LIPMAN, an individual, <br><br> Defendant. | 2:10-CV-02174-PMP-RJJ <br><br> **ORDER** |

Plaintiff having failed to show good cause why this action should not be dismissed without prejudice for failure to effect timely service pursuant to the Federal Rules of Civil Procedure 4 (m),

**IT IS ORDERED that** this action is hereby **DISMISSED** without prejudice.

DATED:  August 25, 2011.

PHILIP M. PRO
United States District Judge